UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE M. LACEY, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>M. FELTS, et al.,<br><br>    Defendants. | Case No. 8:24-cv-00816-MRA-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Plaintiff's failure to prosecute.

DATED: March 13, 2025

          _____
          HONORABLE MÓNICA RAMÍREZ ALMADANI
          UNITED STATES DISTRICT JUDGE